UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ISABELLE CONTENT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SIVIL LISIEUX, )<br>)<br>Defendant. )<br>) | CIVIL ACTION<br>NO. 24-12284-WGY |

**ORDER**

December 16, 2024

YOUNG, D.J.

In this action, plaintiff Isabelle Content, who is self-represented, filed a civil complaint which appeared to concern a motor vehicle accident.

On October 28, 2024, the Court entered an order in which it denied without prejudice Content's motion to proceed in forma pauperis and found that she had not stated a claim over which the Court had subject matter jurisdiction. (Dkt. No. 4). The Court stated that, if she wished to proceed with this action, Content was required to (1) resolve the filing fee by paying by filing a renewed motion for leave to proceed in forma pauperis; and (2) file an amended complaint clearly identifying the defendant's alleged misconduct and stating a claim over which this Court has subject-matter jurisdiction. Id. The Court

stated that failure to file this directive would result in dismissal of the action without prejudice. Id.

On October 29, 2024, Content filed a renewed motion for leave to proceed in forma pauperis. (Dkt. No. 7). However, she has not filed an amended complaint, and the deadline for doing so has lapsed.

Accordingly, the Court DISMISSES this action without prejudice for lack of subject matter jurisdiction. The renewed motion for leave to proceed in forma pauperis shall be terminated as moot.

SO ORDERED.

/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE